

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-16-00586-CV

**NINJA JUMP, INC**.,
Appellant

v.

Luz **LOBO** and Jorge Lobo, Individually, and as next friend of Aaron Joshua Lobo, a minor,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04073
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:       Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

Delivered and Filed:  December 13, 2017

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that the parties have reached an agreement that resolves this dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM